PROB 12C
(7/93)

Report Date: January 13, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Osvaldo Verduzco-Mendoza          Case Number: 0980 2:14CR00059-JLQ-1

Address of Offender:                     Wenatchee, Washington 98801

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 8, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm With an Obliterated Serial Number, 18 U.S.C. § 922(k) | | |
| Original Sentence: | Prison 24 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | September 24, 2015 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | September 23, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Mr. Verduzco-Mendoza was contacted by local law enforcement on September 29, 2015, at his mother's residence. He was in the alley/driveway area and was speaking with two South Side Loco gang members and one ex-South Side Loco gang member, who are all convicted felons. The offender did not request permission from this officer to have contact with these convicted felons.

2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Verduzco-Mendoza provided a random urinalysis sample on November 16, 2015, which tested positive for Amphetamine and Methamphetamine. He disclosed to this officer on November 30, 2015, he used methamphetamine and reported his illegal drug use to his Washington State Department of Correction (DOC) officer and signed an admission form confirming his use.

3 | **Special Condition # 14**: The defendant shall not associate with known street gang members and their affiliates.

**Supporting Evidence**: See information outlined in violation #1.

Prob12C
Re: Verduzco-Mendoza, Osvaldo
January 13, 2016
Page 2

| | |
|---|---|
| 4 | **Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |
| | **Supporting Evidence:** The offender did not submit a monthly supervision report between the first and the tenth of January 2016. |
| 5 | **Condition # 2**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence:** On January 7, 2016, this officer went to the offender's address, 407 King Street, number 1, Wenatchee, Washington. The offender's brother, Luis, answered the door and said the offender moved out of the apartment on or about December 13, 2015. The offender's current whereabouts are unknown. |
| 6 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence:** On December 8, 2015, Mr. Verduzco-Mendoza failed to provide a random urinalysis test at the DOC office on December 14, and 28, 2015; and January 6, 2016. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 13, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/13/2016
Date