PROB 12C
(6/16)

Report Date: December 8, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**DEC 11 2017**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Osvaldo Verduzco-Mendoza        Case Number: 0980 2:14CR00059-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 8, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm with an Obliterated Serial Number, 18 U.S.C. § 922(k) | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: September 24, 2015 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: September 23, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/13/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Osvaldo Verduzco-Mendoza was convicted on October 10, 2016, of count 1: attempting to elude police vehicle; count 2: possession of a controlled substance, methamphetamine; and count 3: hit and run unattended vehicle, in Chelan County District Court, Chelan, Washington, cause number 16-1-00265-1. He was sentenced to 24 months plus 2 days incarceration on count 1; and 12 months plus 1 day and 1 year probation on count 2, concurrent to each other.<br><br>Mr. Verduzco-Mendoza completed his state custody term on November 30, 2017, at which time he was served with the federal warrant that was issued on January 13, 2016, document number 48. |

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 8, 2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/11/17
Date