PROB 12C
(6/16)

Report Date: December 21, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 26, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Osvaldo Verduzco-Mendoza | Case Number: 0980 2:14CR00059-JLQ-1 |
| Address of Offender: | Wenatchee, Washington 98801 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 8, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm with an Obliterated Serial Number, 18 U.S.C. § 922(k) | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: December 21, 2017 | Prison - 8 months (credit for time served); TSR - 28 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: July 20, 2018 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: November 19, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstance, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: Mr. Verduzco-Mendoza is alleged to be in violation of his supervised release by not reporting his change in address within the time frames noted in standard condition #5. |
| | An officer from the Spokane U.S. Probation Office met with Mr. Verduzco-Mendoza on July 26, 2018, and reviewed the conditions of supervised release outlined in the revocation judgement and sentence. Mr. Verduzco-Mendoza signed the document and was provided a copy. |

Prob12C
Re: Verduzco-Mendoza, Osvaldo
December 21, 2018
Page 2

It was reported Mr. Verduzco-Mendoza left his residence on December 16, 2018, and has not returned. This officer completed a home visit on December 20, 2018, and did not observe Mr. Verduzco-Mendoza in the home. According to his girlfriend, Mr. Verduzco-Mendoza moved out on December 16, 2018, and has not returned to the apartment.

Mr. Verduzco-Mendoza did not advise this officer 10 days prior to moving out of the home. He has failed to contacted this officer within the 72 hour time frame to report his change in residence and his current whereabouts are unknown.

2      **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Verduzco-Mendoza is alleged to be in violation of his term of supervised release by failing to follow through with recommended treatment services.

An officer from the Spokane U.S. Probation Office met with Mr. Verduzco-Mendoza on July 26, 2018, and reviewed the conditions of supervised release outlined in the revocation judgement and sentence. Mr. Verduzco-Mendoza signed the document and he was provided a copy.

Mr. Verduzco-Mendoza completed a substance abuse assessment in Spokane, Washington, on August 28, 2018, which recommended outpatient services. Mr. Verduzco-Mendoza attended one session and then moved to Wenatchee, Washington, on September 29, 2018. Since moving to Wenatchee, Washington, has failed to continue with the recommended substance abuse treatment services.

3      **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Verduzco-Mendoza is alleged to be in violation of his supervised release by disclosing to this officer that he used an illegal controlled substance, methamphetamine, on or about November 25, 2018.

An officer from the Spokane U.S. Probation Office met with Mr. Verduzco-Mendoza on July 26, 2018, and reviewed the conditions of supervised release outlined in the revocation judgement and sentence. Mr. Verduzco-Mendoza signed the document and he was provided a copy.

Mr. Verduzco-Mendoza is alleged to be in violation of his supervised release by admitting to this officer on December 12, 2018, that he had used methamphetamine on or about November 25, 2018.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Verduzco-Mendoza, Osvaldo**
**December 21, 2018**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 21, 2018

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Signature of Judicial Officer*

12/26/2018

Date