PROB 12C
(6/16)

Report Date: February 4, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Osvaldo Verduzco-Mendoza    Case Number: 0980 2:14CR00059-JLQ-1

Address of Offender:    Wenatchee, Washington 98801

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 8, 2014

Original Offense:    Possession of a Firearm with an Obliterated Serial Number, 18 U.S.C. § 922(k)

Original Sentence:    Prison - 24 months;    Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation Sentence:
(December 21, 2017)    Prison - 8 months;
                       TSR - 28 months

Asst. U.S. Attorney:    Matthew F. Duggan    Date Supervision Commenced: July 20, 2018

Defense Attorney:    Federal Defenders Office    Date Supervision Expires: November 19, 2020

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/21/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

4    **Mandatory Condition # 1**: The defendant shall not commit another federal, state, or local crime.

    **Supporting Evidence**: Mr. Verduzco-Mendoza is alleged to be in violation of his supervised release by being charged in Chelan County Superior Court, Wenatchee, Washington, case number 19-1-00060-04, with Ct. 1: unlawful possession of a controlled substance with intent to deliver - methamphetamine; and Ct. 2: escape in the first degree on January 26, 2019.

    An officer from the Spokane U.S. Probation Office met with Mr. Verduzco-Mendoza on July 26, 2018, and reviewed the conditions of supervised release outlined in the revocation judgment and sentence. Mr. Verduzco-Mendoza signed the document and was provided a copy.

Prob12C
**Re: Verduzco-Mendoza, Osvaldo**
**February 4, 2019**
**Page 2**

On January 26, 2019, Mr. Verduzco-Mendoza was arrested by the Wenatchee Police Department. According to the police report, an officer made a vehicle stop of a person known to be driving without a license. Mr. Verduzco-Mendoza was observed exiting the passenger side of the vehicle and fled from the officer. The officer caught Mr. Verduzco-Mendoza after he tripped and fell onto the ground. While the officer was attempting to secure him, he continued to struggle and resist the officer. He was finally restrained with the assistance of other officers. During a search of his person, Mr. Verduzco-Mendoza was found to be in possession of several baggies of a white crystal substance believed to be methamphetamine. The substance was field tested and the results were presumptive positive for methamphetamine.

5      **Mandatory Condition #2**: The defendant shall not unlawfully possess a controlled substance.

**Supporting Evidence**: Mr. Verduzco-Mendoza is alleged to be in violation of his supervised release by being charged with Ct. 1: unlawful possession of a controlled substance with intent to deliver - methamphetamine in Chelan County Superior Court, Wenatchee, Washington, case number 19-1-00060-04 on January 26, 2019.

An officer from the Spokane U.S. Probation Office met with Mr. Verduzco-Mendoza on July 26, 2018, and reviewed the conditions of supervised release outlined in the revocation judgment and sentence. Mr. Verduzco-Mendoza signed the document and was provided a copy.

Mr. Verduzco-Mendoza was arrested by the Wenatchee Police Department on January 26, 2019. According to the police report, an officer made a vehicle stop of a person known to be driving without a license. Mr. Verduzco-Mendoza was observed exiting the passenger side of the vehicle and fled from the officer. The officer caught Mr. Verduzco-Mendoza after he tripped and fell onto the ground. While the officer was attempting to secure him, he continued to struggle and resist the officer. He was finally restrained with the assistance of other officers. During a search of his person, Mr. Verduzco-Mendoza was found to be in possession of several baggies of a white crystal substance believed to be methamphetamine. The substance was field tested and the results were presumptive positive for methamphetamine.

The U.S. Probation Officer respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     February 4, 2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob12C
Re: Verduzco-Mendoza, Osvaldo
February 4, 2019
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

2/5/2019
Date