(PROB 12C
(6/16)

Report Date: October 25, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2019

SEAN F. MCAVOY, CLERK

## Amended Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Osvaldo Verduzco-Mendoza | Case Number: 0980 2:14CR00059-JLQ-1 |
| Address of Offender: , Wenatchee, Washington 98801 | |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 8, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm with an Obliterated Serial Number, 18 U.S.C. § 922(k) | | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: | Supervised release |
| Revocation Sentence: (12/21/17) | Prison - 8 months with credit for time served; TSR - 28 months | | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | July 20, 2018 |
| Defense Attorney: | TBD | Date Supervision Expires: | November 19, 2020 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/21/18 and 02/04/19.  A warrant was previously issued by this Court on 12/26/18.  The warrant has been lodged as a detainer.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 1**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Verduzco-Mendoza is alleged to be in violation of his supervised release by being charged in Chelan County Superior Court, Wenatchee, Washington, case number 19-1-00060-04, with count 1: unlawful possession of a controlled substance with intent to deliver - methamphetamine; and count 2: escape in the first degree on January 26, 2019.<br><br>The listed charges were amended on July 24, 2019, to count 1: conspiracy to deliver methamphetamine, in Chelan County Superior Court, Wenatchee, Washington, case number 19-1-00060-04. |

Prob12C
**Re: Verduzco-Mendoza, Osvaldo**
**October 25, 2019**
**Page 2**

An officer from the Spokane U.S. Probation Office met with Mr. Verduzco-Mendoza on July 26, 2018, and reviewed the conditions of supervised release outlined in the revocation judgment and sentence. Mr. Verduzco-Mendoza signed the document and was provided a copy.

On January 26, 2019, Mr. Verduzco-Mendoza was arrested by the Wenatchee Police Department. According to the police report, an officer made a traffic stop of a person known to be driving without a license. Mr. Verduzco-Mendoza was observed exiting the passenger side of the vehicle and fled from the officer. The officer caught Mr. Verduzco-Mendoza after he tripped and fell to the ground. While the officer was attempting to secure him, he continued to struggle and resist the officer. Eventually he was restrained with the assistance of other officers. During a search of his person, Mr. Verduzco-Mendoza was found to be in possession of several baggies of a white crystal-like substance believed to be methamphetamine. The substance was field tested and the results were presumptive positive for methamphetamine.

An amended information was filed on July 24, 2019, charging Osvaldo Verduzco-Mendoza with Chelan County Superior Court, Wenatchee, Washington, case number 19-1-00060-04, with count 1: conspiracy to deliver a controlled substance, methamphetamine.

Mr. Verduzco-Mendoza entered a guilty plea on July 24, 2019, to the noted charge. He was sentenced on August 14, 2019, to 33 months imprisonment with 12 months of supervision to follow.

Mr. Verduzco-Mendoza is currently incarcerated at the Airway Heights Correctional Facility in Spokane, Washington.

The U.S. Probation Office respectfully recommends the Court incorporate the violation in this petition in the future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/25/2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob12C
Re: Verduzco-Mendoza, Osvaldo
October 25, 2019
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The Incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

10/28/2019
Date