(PROB 12C
(6/16)

Report Date: March 12, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2021

SEAN F. McAVOY, CLERK

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Osvaldo Verduzco-Mendoza         Case Number: 0980 2:14CR00059-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:   The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 8, 2014

| | |
|---|---|
| Original Offense: | Possession of a Firearm with an Obliterated Serial Number, 18 U.S.C. § 922(k) |
| Original Sentence: | Prison - 24 months        Type of Supervision: Supervised release<br>TSR - 36 months |
| Revocation Sentence:<br>(12/21/17) | Prison - 8 months<br>TSR - 28 months |
| Asst. U.S. Attorney: | Michael Ellis        Date Supervision Commenced:  July 20, 2018 |
| Defense Attorney: | Jon McEntire        Date Supervision Expires:  November 19, 2020 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/21/18, 02/04/19 and 10/25/2019.  A warrant was previously issued by this Court on 12/26/18, and the offender is scheduled to appear before the Court on a supervised release revocation hearing on March 24, 2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 1**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Verduzco-Mendoza is alleged to be in violation of his conditions of supervised release by being in possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), on January 26, 2019.<br><br>An officer from the Spokane U.S. Probation Office met with Mr. Verduzco-Mendoza on July 26, 2018, and reviewed the conditions of supervised release outlined in the revocation judgment and sentence.  Mr. Verduzco-Mendoza signed the document and was provided a copy. |

Prob12C
**Re: Verduzco-Mendoza, Osvaldo**
**March 12, 2021**
**Page 2**

According to the Wenatchee Police Department (WPD) incident report for case/citation number 19W01211, the following occurred:

On January 26, 2019, Mr. Verduzco-Mendoza was arrested by the WPD. An officer made a traffic stop of a person known to be driving without a license. Mr. Verduzco-Mendoza was observed exiting the passenger side of the vehicle and fled from the officer. The officer caught Mr. Verduzco-Mendoza after he tripped and fell to the ground. While the officer was attempting to secure him, he continued to struggle and resist the officer. Eventually he was restrained with the assistance of other officers.

During a search of his person, Mr. Verduzco-Mendoza was found to be in possession of five empty plastic baggies and four baggies containing a white crystal-like substance, believed to be methamphetamine. From the officer's training and experience, the amount of substance was more than a user quantity. The substance was field tested and the results were presumptive positive for methamphetamine.

Mr. Verduzco-Mendoza was initially charged with count 1: unlawful possession of a controlled substance with intent to deliver - methamphetamine; and count 2: escape in the first degree, on January 26, 2019. An amended information was filed on July 24, 2019, charging Osvaldo Verduzco-Mendoza in Chelan County Superior Court, Wenatchee, Washington, case number 19-1-00060-04, with count 1: conspiracy to deliver a controlled substance, methamphetamine.

Mr. Verduzco-Mendoza entered a guilty plea on July 24, 2019, to the noted charge. As part of his guilty plea, Mr. Verduzo-Mendoza wrote the following statement, "On or about the 26th day of January 2019, in Chelan County, WA. I, with intent that unlawful delivery of controlled substances be preformed, I agreed with one or more persons to engage in or cause the performance of such conduct, and any one of us took a substantial step toward committing the delivery."

He was sentenced on August 14, 2019, to 33 months imprisonment with 12 months of supervision to follow.

Mr. Verduzco-Mendoza completed his state sentence and was transferred to federal custody on February 21, 2021; he is currently incarcerated in the Spokane County Jail.

The U.S. Probation office respectfully recommends the Court incorporate the violation in this petition in the future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/12/2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Verduzco-Mendoza, Osvaldo**
**March 12, 2021**
**Page 3**

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The Incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

March 12, 2021
Date