PROB 12C
(6/16)

Report Date: March 23, 2022

# United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 23, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Osvaldo Verduzco-Mendoza          Case Number: 0980 2:14CR00059-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 8, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm with an Obliterated Serial Number, 18 U.S.C. § 922(k) | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>December 21, 2017 | Prison - 8 months<br>TSR - 28 months | |
| Revocation Sentence:<br>March 24, 2021 | Prison - 12 months<br>TSR - 12 months | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: February 18, 2022 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: February 17, 2023 |

### PETITIONING THE COURT

To issue a summons.

On November 3, 2021, and March 15, 2022, supervised release conditions were reviewed in person with Mr. Verduzco-Mendoza.  On March 1, 2022, a copy of the supervised release conditions was left at Mr. Verduzco-Mendoza's residence for him to review.  He signed his judgment on March 15, 2022, acknowledging an understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Verduzco-Mendoza allegedly violated his conditions of supervised release by consuming methamphetamine on or about March 12, 2022. |

Prob12C
**Re: Verduzco-Mendoza, Osvaldo**
**March 23, 2022**
**Page 2**

On March 15, 2022, this officer contacted Mr. Verduzco-Mendoza at his residence. During the contact, this officer requested the offender provide a urinalysis (UA) sample to test for controlled substances. Prior to providing a UA sample, Mr. Verduzco-Mendoza informed this officer he consumed methamphetamine on March 12, 2022. Mr. Verduzco-Mendoza signed a drug use admission form admitting to consuming a controlled substance.

2   **Standard Condition #2**: After initially reporting to the probation office, you will receive instruction from the court or the probation officer about how and when you must report to the probation officer and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Verduzco-Mendoza allegedly violated his conditions of supervised release by failing to telephonically report to U.S. probation on February 28, and March 21, 2022, as directed.

On February 22, 2022, Mr. Verduzco-Mendoza called this officer on the telephone to check in after his release from incarceration. The offender was directed to report telephonically every Monday, until directed otherwise. Mr. Verduzco-Mendoza acknowledged the reporting instructions and made a commitment to telephonically report every Monday.

Mr. Verduzco-Mendoza failed to call this officer on February 28, 2022, as directed. However, he did call this officer on March 7, 2022, and was once again reminded he is required to telephonically report to this officer every Monday, until directed otherwise.

On March 15, 2022, this officer contacted Mr. Verduzco-Mendoza at his residence and once again directed the offender to telephonically report every Monday for support and accountability. Mr. Verduzco-Mendoza acknowledged the requirement and made a commitment to call every Monday.

Mr. Verduzco-Mendoza failed to call this officer on March 21, 2022. However, he called call this officer on March 22, 2022, at 4 p.m. and reported he scheduled a substance abuse assessment at The Center for Alcohol and Drug Treatment, in Wentachee, Washington, for April 5, 2022. Mr. Verduzco-Mendoza also reported he was turning himself in to Washington State Department of Corrections on his state probation warrant.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 23, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Verduzco-Mendoza, Osvaldo**
**March 23, 2022**
**Page 3**

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X] The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

3/23/2022

Date