PROB 12C
(6/16)

Report Date: April 1, 2022

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2022

SEAN F. MCAVOY, CLERK

Name of Offender: Osvaldo Verduzco-Mendoza          Case Number: 0980 2:14CR00059-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 8, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm with an Obliterated Serial Number, 18 U.S.C. § 922(k) | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>December 21, 2017 | Prison - 8 months<br>TSR - 28 months | |
| Revocation Sentence:<br>March 24, 2021 | Prison - 12 months<br>TSR - 12 months | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: February 18, 2022 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: February 17, 2023 |

## PETITIONING THE COURT

To issue a warrant and  incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 23, 2022.

On November 3, 2021, and March 15, 2022, supervised release conditions were reviewed in person with Mr. Verduzco-Mendoza.  On March 1, 2022, a copy of the supervised release conditions was left at Mr. Verduzco-Mendoza's residence for him to review.  He signed his judgment on March 15, 2022, acknowledging an understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instruction from the court or the probation officer about how and when you must report to the probation officer and you must report to the probation officer as instructed. |

Prob12C
**Re: Verduzco-Mendoza, Osvaldo**
**April 1, 2022**
**Page 2**

**Supporting Evidence**: Mr. Verduzco-Mendoza is alleged he violated his conditions of supervised release by failing to report to U.S. Probation on March 28, 2022, as directed.

On March 25, 2022, Mr. Verduzco-Mendoza called this officer after he was released from Chelan County Jail. At the conclusion of the telephone call, Mr. Verduzco-Mendoza was directed to call this officer on Monday, March 28, 2022. Mr. Verduzco-Mendoza acknowledged the requirement and made a commitment to call this officer on Monday, March 28, 2022.

Mr. Verduzco-Mendoza failed to call this officer on March 28, 2022, as previously directed by this officer.

4          **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Verduzco-Mendoza is alleged he violated his conditions of supervised release by failing to report to the detox facility at the Center for Alcohol and Drug treatment in Wentachee, Washington, on March 31, 2022, as directed by this officer.

On March 31, 2022, Mr. Verduzco-Mendoza called this officer, and reported he has been struggling with his addiction to controlled substances. Mr. Verduzco-Mendoza stated he was going to turn himself into the detox facility at the Center for Alcohol and Drug treatment on March 31, 2022. Mr. Verduzco-Mendoza was directed report to the detox facility on March 31, 2022, and call this officer from detox when he arrived.

Mr. Verduzco-Mendoza did not call this officer back and this officer learned that the detox facility at the Center for Alcohol and Drug treatment is not open at this time. Mr. Verduzco-Mendoza did not call this officer to discuss the fact the detox facility is not open; therefore, he never went to the detox facility as he agreed to do on March 31, 2022.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations with violations previously reported to the Court. It is also recommended that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      April 1, 2022
_____

s/Phil Casey
_____

Phil Casey
U.S. Probation Officer

**Prob12C**
**Re: Verduzco-Mendoza, Osvaldo**
**April 1, 2022**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

_____4/1/2022_____
Date