PROB 12C
(6/16)

Report Date: May 23, 2022

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**May 24, 2022**

### Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Osvaldo Verduzco-Mendoza | Case Number: 0980 2:14CR00059-WFN-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Cashmere, Washington 98815 | |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 8, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm with an Obliterated Serial Number, 18 U.S.C. § 922(k) | |
| Original Sentence: | Prison - 24 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>December 21, 2017 | Prison - 8 months<br>TSR - 28 months | |
| Revocation Sentence:<br>March 24, 2021 | Prison - 12 months<br>TSR - 12 months | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: February 18, 2022 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: February 17, 2023 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 23, and April 1, 2022.

On November 3, 2021, and March 15, 2022, supervised release conditions were reviewed in person with Mr. Verduzco-Mendoza.  On March 1, 2022, a copy of the supervised release conditions was left at Mr. Verduzco-Mendoza's residence for him to review.  He signed his judgment on March 15, 2022, acknowledging an understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #3:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
Re: **Verduzco-Mendoza, Osvaldo**
May 23, 2022
Page 2

**Supporting Evidence**: Mr. Verduzco-Mendoza is alleged he violated his conditions of supervised release by absconding from inpatient treatment on May 23, 2022.

On May 18, 2022, Mr. Verduzco-Mendoza was released from Spokane County Jail to participate in inpatient treatment at Pioneer Center East (PCE) in Spokane, Washington. On May 23, 2022, this officer received a telephone call from staff at PCE about the offender. According to staff at PCE, the offender absconded from the facility at approximately 6 a.m. on May 23, 2022. Mr. Verduzco-Mendoza did not have permission to leave the facility.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation with violations previously reported to the Court. It is also recommended that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 23, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/24/2022
Date